IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL WAYNE CAVALLI,

    Petitioner,                      No. 2:06-cv-01700 ALA HC

    vs.

MICHAEL MARTEL, Warden[1]

    Respondent.                   ORDER

_____/

    It is hereby ORDERED that Carl Wayne Cavalli's ("Petitioner") Motion for Reconsideration of the Court's Order Dismissing Petition (doc. 20) is DENIED. Petitioner's request that this Court stay its decision pending the disposition of *Hayward v. Marshall* is also DENIED.

/////

DATED: July 18, 2008

                                          /s/ Arthur L. Alarcón
                                          _____
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

---

[1] Michael Martel is substituted for his predecessor, Rosanne Campbell, as the warden where the prisoner is incarcerated, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1